IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PAMELA RHODES                                                                                   PLAINTIFF

v.                                      CASE NO. 3:08-CV-00194 BSM

ARKANSAS STATE UNIVERSITY                                                        DEFENDANT

## ORDER

Pending is plaintiff's motion to proceed *in forma pauperis* [Doc. # 3].  Plaintiff has indicated that she is unemployed and, during the past twelve (12) months, she received disability or workers' compensation payments.  Plaintiff's application to proceed in forma pauperis is deficient in that she fails to provide the following information: (1) the amount of take home salary/wages and pay period; (2) the address of her former employer; (3) the amount of her disability of disability or workers' compensation payments; and (4) how long she expects to continue receiving her disability or workers' compensation payments.  Plaintiff is hereby directed to file a supplemental application addressing these deficiencies within twenty days of the date of this order.  Failure to comply with this order will result in the dismissal of plaintiff's complaint.

IT IS SO ORDERED this 1st day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE