# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**PAMELA RHODES**                                                                                    **PLAINTIFF**

**v.**                                    **CASE NO. 3:08CV00194 BSM**

**ARKANSAS STATE UNIVERSITY**                                              **DEFENDANT**

## ORDER

Before the court is the motion to compel filed by defendant Arkansas State University ("ASU"). [Doc. No. 32]. ASU requests that the court enter an order requiring plaintiff Pamela Rhodes to provide responses to its interrogatories and requests for production.

ASU sent interrogatories, requests for production, and requests for admissions to Rhodes on April 27, 2009. Responses to the requests for admissions were filed on behalf of Rhodes by Jimmy C. Morris on June 1, 2009. On July 8, 2009, Morris was contacted by ASU concerning the interrogatories and requests for production. Morris stated that he was not yet Rhodes' attorney. He erroneously signed the responses to the request for admissions. ASU attempted to contact Rhodes regarding the interrogatories and requests for production. To date, Rhodes has failed to respond.

For good cause shown, the motion is granted. Rhodes is directed to provide responses to the outstanding discovery by October 1, 2009. If Rhodes fails to comply with this order, her case may be dismissed for failure to prosecute as set out in Fed. R. Civ. P. 41. Rhodes is cautioned that dismissal of her case, even though without prejudice, will likely bar her Title VII claims due to the applicable statutory time limitations.

Accordingly, ASU's motion to compel is granted.

IT IS SO ORDERED THIS 15th day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE