UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**PAMELA RHODES**                                                              **PLAINTIFF**

v.                            **CASE NO. 3:08cv00194 BSM**

**ARKANSAS STATE UNIVERSITY**                                                  **DEFENDANT**

## JUDGMENT

Pursuant to the order entered this day, judgment is entered for defendant Arkansas State University. The motion for summary judgment filed by defendant is granted, and all claims are dismissed with prejudice.

IT IS SO ORDERED this 11th day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE